UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EUGENE BRACKMAN and
BRENDA BRACKMAN,

    Plaintiffs,

        v.

EPHESON TRANSPORT, LLC, *et al.*,

    Defendants.

Case No. 15-cv-325-JPG-PMF

## MEMORANDUM AND ORDER

This matter comes before the Court on Defendant J.B. Hunt Transport, Inc.'s Motion (Doc. 13) to Dismiss Counts VII, VIII, and XII of Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiffs filed a timely Response (Doc. 19).

Defendant J.B. Hunt Transport, Inc. (hereafter "J.B. Hunt") motion to dismiss Counts VII, VIII, and XII stating that the pleadings allege that Defendant Sharew was, at all relevant times alleged in the complaint, an agent of J.B. Hunt. J.B. Hunt attached the Outsource Carriage Agreement between J.B. Hunt and Defendant Epheson Transport, LLC as evidence that no such relationship exists.

Federal Rule of Civil Procedure 12(d) provides:

> If, on a motion under Rule 12(b) or 12(c), matters outside the pleadings are presented to and not excluded by the court, the motion must be treated as one for summary judgment under Rule 56. All parties must be given reasonable opportunity to present all the material that is pertinent to the motion.

Defendant J.B. Hunt has motioned under Rule 12(b) and presented matters outside the pleadings. As such, the motion must be treated as a Motion for Summary Judgment. Defendant J.B. Hunt is provided **14 days** in which to supplement the motion solely on the issues contained

in the Motion to Dismiss.  The parties will be provided an opportunity for any other dispositive motion issues per the Court's scheduling order.  Such supplementation, if any, is due on or before **August 18th, 2015.**

Plaintiffs are provided **21 days** to respond to Defendant's now Motion for Summary Judgment under Rule 56.  Plaintiff's response is due on or before **September 8th, 2015**.

**IT IS SO ORDERED.**

**DATED:**  8/4/2015

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**