UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EUGENE BRACKMAN and
BRENDA BRACKMAN,

    Plaintiffs,

    v.

EPHESON TRANSPORT, LLC, *et al.*,

    Defendants.

Case No. 15-cv-325-JPG-PMF

## ORDER

This matter comes before the Court the Plaintiffs and Defendants Ephrem Sharew and Epheson Transport, LLC's Joint Motion for Finding of Good Faith Settlement (Doc. 23) pursuant to the Illinois Contribution Act. Plaintiffs and Defendants Ephrem Sharew and Epheson Transport, LLC filed a motion indicating that their settlement was in good faith and requesting the Court enter an order finding the settlement in good faith. The remaining defendant, J.B. Hunt Transport, Inc., did not file an objection.

The Court being advised in the premises, the settlement in which Defendants Ephrem Sharew and Epheson Transport, LLC are to pay Plaintiffs $1,000,000.00 in exchange for a dismissal of all claims within the Complaint against Defendants Ephrem Sharew and Epheson Transport, LLC is approved as a good faith settlement under the Illinois Contribution Act, 740 ILCS 100/2(c) and (d). All claims of the Complaint against Defendants Ephrem Sharew and Epheson Transport, LLC are **DISMISSED** with prejudice.

Plaintiffs' claims against J.B. Hunt Transport, Inc. are not affected by this Order, and remain pending, except that any Judgment entered in favor of the Plaintiffs and against J.B. Hunt Transport, Inc. is to be reduced by $1,000,000.00. J.B. Hunt Transport, Inc. is barred from

asserting any claims for contribution against Defendants Ephrem Sharew and Epheson Transport, LLC under 740 ILCS 100/2(d) and Defendants Ephrem Sharew and Epheson Transport, LLC are barred from seeking any contribution from any other defendant under Section (e).

Any and all pending or potential claims, counterclaims, cross-claims, third-party claims or claims for contribution against Defendants Ephrem Sharew and/or Epheson Transport, LLC are hereby dismissed with prejudice and/or forever barred.

Accordingly, the Court **GRANTS** the Joint Motion (Doc. 23) and Defendants Ephrem Sharew and Epheson Transport, LLC are **DISMISSED** with prejudice from this case.  The Clerk of Court is **DIRECTED** to enter judgment accordingly at the conclusion of this matter.

**IT IS SO ORDERED.**

**DATED:**  9/23/2015

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**