### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EUGENE BRACKMAN and BRENDA BRACKMAN,<br><br>    Plaintiffs,<br><br>        v.<br><br>EPHESON TRANSPORT, LLC, *et al.*,<br><br>    Defendants. | Case No. 15-cv-325-JPG-PMF |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed with prejudice against Defendants Epheson Transport, LLC and Ephrem Sharew.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that this case is dismissed without prejudice against Defendant J.B. Hunt Transport, Inc.

**DATED:** 10/15/2015

                                              Justine Flanagan
                                              Acting Clerk of Court

                                              By: **s/ Tammy McMannis**
                                                      **Deputy Clerk**

**Approved:**  *s/J. Phil Gilbert*
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**