# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EUGENE BRACKMAN and BRENDA BRACKMAN,<br><br>  Plaintiffs,<br><br>  v.<br><br>EPHESON TRANSPORT, LLC, *et al.*,<br><br>  Defendants. | Case No. 15-cv-325-JPG-PMF |

## ORDER

This matter comes before the Court *sua sponte* to correct this Court's Order of October 15, 2015 (Doc. 26). The Court incorrectly stated that there were no additional Counts pending against Defendant J.B. Hunt Transport, Inc. As such, this Court incorrectly dismissed J.B. Hunt Transport, Inc.

Therefore, the Clerk of Court is **DIRECTED** to **VACATE** the Judgment (Doc. 27) entered on October 15, 2015 and reopen this matter.

This Court's Order (Doc. 26) is modified to read **only** Counts VII, VIII, and XII of Plaintiffs' Complaint are **DISMISSED** and this matter remains pending with regard to Defendant J.B. Hunt Transport, Inc.

**IT IS SO ORDERED.**

**DATED:** 10/15/2015

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**