**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| EUGENE BRACKMAN and BRENDA BRACKMAN | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No.: 3:15-cv-00325 ) |
| EPHESON TRANSPORT, LLC, EPHREM A. SHAREW and J.B. HUNT TRANSPORT, INC., | ) ) ) ) |
| Defendants. | ) |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-entitled cause by their respective attorneys that plaintiffs' cause of action against the defendant, J.B. Hunt Transport, Inc., be dismissed with prejudice to plaintiff, each party to bear its own costs.

DATED this 23rd day of October, 2015.

| | |
|---|---|
| SCHOEN WALTON TELKEN & FOSTER, LLC | WILLIAMS VENKER & SANDERS LLC |
| By: /s/*Troy W. Walton* (with consent) | By: /s/*Robert J. Bassett* |
| Troy E. Walton #6274303 | Robert J. Bassett #6292950 |
| 241 North Main | 100 North Broadway, 21st Floor |
| Edwardsville, IL 62025 | St. Louis, Missouri 63102 |
| (618) 307-9880 | (314) 345-5000 |
| (618) 307-9881 (Fax) | (314) 345-5055 (Fax) |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT J.B. HUNT TRANSPORT, INC.** |