IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EUGENE BRACKMAN and
BRENDA BRACKMAN,

    Plaintiffs,

        v.

EPHESON TRANSPORT, LLC, *et al*.,

    Defendants.

Case No. 15-cv-325-JPG-PMF

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed with prejudice against Defendants Epheson Transport, LLC, Ephrem Sharew, and J.B. Hunt Transport, Inc. Each party to bear its own costs.

**DATED:** 10/28/2015

                                          **Justine Flanagan**
                                          **Acting Clerk of Court**

                                          *s/ Lisa M. Braun*
                                            **Deputy Clerk**

**Approved:**    *s/J. Phil Gilbert*
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**